# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DARNELL BUTLER, ) <br> ) <br> Defendant. ) <br> ) | 2:11-CR-411 <br><br> ORDER FOR ISSUANCE OF <br> WRIT OF HABEAS CORPUS <br> AD PROSEQUENDUM FOR <br> DARNELL BUTLER |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DARNELL BUTLER,** 01872144 before the United States Magistrate Judge at Las Vegas, Nevada, on or about I/A&A/P Fri:12/9/11 3:00 PM VCF 3D , for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: November 29, 2011

_____
UNITED STATES MAGISTRATE JUDGE

```
    DANIEL G. BOGDEN
 1  United States Attorney
    CRISTINA SILVA
 2  Assistant United States Attorney
    333 Las Vegas Blvd., S., Suite 5000
 3  Las Vegas, Nevada 89101
    (702) 388-6336
 4
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-411 |
| Plaintiff, | ) | |
| vs. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DARNELL BUTLER |
| DARNELL BUTLER, | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DARNELL BUTLER**, 01872144, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **DARNELL BUTLER** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **DARNELL BUTLER** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on\_\_\_\_ I/A&A/P Fri:12/9/11 3:00 PM VCF 3D ., for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **DARNELL BUTLER** before the United States Magistrate Judge on or about _____ I/A&A/P Fri:12/9/11 3:00 PM VCF 3D _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **DARNELL BUTLER** before the United States District Court on or about _I/A&A/P Fri:12/9/11 3:00 PM VCF 3D_, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED:** this 25TH day of November 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/_

CRISTINA SILVA
Assistant United States Attorney